CHARLES R. KOZAK, ESQ.
Nevada State Bar Number 11179
Kozak & Associates, LLC.
3100 Mill Street, Suite 115
Reno, Nevada 89502
Tel: (775) 322-1239
Facsimile: (775) 800-1767
E-mail: chuck@kozaklawfirm.com
*Attorney for the Plaintiff,*
*Brad Rennison and Brad Rennison*
*d/b/a Tahoe Home Repair Services*

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           NOV - 4 2019

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRAD RENNISON, an individual; BRAD RENNISON d/b/a TAHOE HOME REPAIR SERVICES,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH LAUB aka JOEY MAX LAUB, an individual; LAW FIRM OF LAUB & LAUB, a Nevada Domestic Professional Corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:19-cv-00320-MMD-CBC<br><br>**STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE HON. MAJISTRATE JUDGE CARRY; ORDER**<br><br>COMPLAINT FILED: 6/12/2019<br>TRIAL DATE:       NOT SET |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiffs BRAD RENNISON and BRAD RENNISON d/b/a TAHOE HOME REPAIR SERVICES, and Defendants JOSEPH LAUB aka JOEY MAX LAUB and the LAW FIRM OF LAUB & LAUB, by and through their designated counsel, that this case be set for a Settlement Conference at the earliest available date in accordance with the Court's instruction in its October 22, 2019, Minute Order [Dkt. 18].

It is so stipulated:

---

STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE HON.
MAJISTRATE JUDGE CARRY; ORDER: 3:19-CV-00320-MMD-CBC

| | |
|---|---|
| Dated this _/_ day of November 2019. | Dated this _/_ day of November 2019. |
| KOZAK & ASSOCIATES, LLC. | LAW FIRM OF LAUB & LAUB |
| By: _/s/ Charles R. Kozak_<br>Charles R. Kozak, Esq.<br>SBN 11179<br>3100 Mill Street, Suite 115<br>Reno, Nevada 89502<br>Phone: (775) 322-1239<br>Facsimile: (775) 800-1767<br>*Attorney for the Plaintiffs,*<br>*Brad Rennison and Brad Rennison*<br>*d/b/a Tahoe Home Repair Services* | By: _/s/_<br>Nicholas Palmer, Esq.<br>SBN 9888<br>630 E. Plumb Lane<br>Reno, Nevada 89502<br>Phone: 775-333-5282<br>*Attorney for the Defendants,*<br>*Joseph Laub and Law Firm of Laub & Laub* |

## ORDER

**IT IS SO ORDERED.**

DATED: 11/4/2019

_/s/_
HON. MAGISTRATE CARLA BALDWIN CARRY
CASE NO.: 3:19-cv-00320-MMD-CBC

2

STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE HON. MAJISTRATE JUDGE CARRY; ORDER: 3:19-CV-00320-MMD-CBC