## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRAD RENNISON, et al., | ) | 3:19-CV-0320-MMD-CLB |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 7, 2020 |
| JOSEPH LAUB, et al., | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN          **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiffs' motion for a status conference before the Magistrate Judge to set a trial date (ECF No. 48) is **DENIED**. Plaintiff filed a motion for summary judgment on April 7, 2020 (ECF No. 36). Pursuant to LR 26-1(b)(5), a proposed joint pretrial order is due thirty days after the court's decision on the dispositive motion. After the filing of the joint pretrial order, the district court who is assigned to this matter – not the magistrate judge - will set a trial date on its stacked calendar based on the information provided to the district court in the pretrial order.

   **IT IS SO ORDERED.**

                              DEBRA K. KEMPI, CLERK

                              By:         /s/
                                      Deputy Clerk