1

2  CHARLES R. KOZAK, ESQ.
   Nevada State Bar Number 11179
3  Kozak & Associates, LLC.
   3100 Mill Street, Suite 115
4  Reno, Nevada 89502
   Tel: (775) 322-1239
5  Facsimile: (775) 800-1767
6  E-mail: chuck@kozaklawfirm.com
   *Attorney for the Plaintiff,*
7  *Brad Rennison and Brad Rennison*
   *d/b/a Tahoe Home Repair Services*
8

9            **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
10

11  BRAD RENNISON, an individual; BRAD          )
    RENNISON d/b/a TAHOE HOME REPAIR            )   Case No.: 3:19-cv-00320-MMD-CBC
12  SERVICES,                                    )
                                                 )
13              Plaintiffs,                       )   **STIPULATION AND ORDER TO**
                                                 )   **EXTEND TIME FOR THE**
14  vs.                                          )   **PARTIES TO FILE THEIR JOINT**
                                                 )   **PRETRIAL ORDER**
15                                               )
    JOSEPH LAUB aka JOEY MAX LAUB, an           )
16  individual; LAW FIRM OF LAUB & LAUB,        )
    a Nevada Domestic Professional Corporation, )
17  and DOES 1 through 100, inclusive,          )
                                                 )
18                                               )
              Defendant.                         )
19                                               )
                                                 )
20

21        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs BRAD

22  RENNISON and BRAD RENNISON d/b/a TAHOE HOME REPAIR SERVICES, and

23  Defendants JOSEPH LAUB aka JOEY MAX LAUB, an individual; LAW FIRM OF LAUB

24  & LAUB,  by and through their respective counsel of record, that the parties shall have an

25  extension of time to file their Joint Pretrial Order up to and including September 25, 2020.

26   ///

27   ///

28

STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR JOINT PRETRIAL
ORDER.: 3:19-CV-00320-MMD-CBC

1    Dated this 11th day of September 2020.      Dated this 11th day of September 2020.

2    KOZAK & ASSOCIATES, LLC.         LAW FIRM OF LAUB & LAUB

3

4    By: /s/ Charles R. Kozak         By: /s/ Nik C. Palmer
    Charles R. Kozak, Esq.             Nicholas Palmer, Esq.

5    SBN 11179                      SBN 9888
    3100 Mill Street, Suite 115         630 E. Plumb Lane

6    Reno, Nevada 89502            Reno, Nevada 89502
    Phone: (775) 322-1239          Phone: 775-333-5282

7    Facsimile: (775) 800-1767        *Attorney for the Defendants,*
    *Attorney for the Plaintiffs,*       *Joseph Laub and Law Firm of Laub & Laub*

8    *Brad Rennison and Brad Rennison*

9    *d/b/a Tahoe Home Repair Services*

10

11                             **ORDER**

12

13        IT IS SO ORDERD.

14        DATED this 14th day of __September__, 20_20_.

15

16                 UNITED STATES MAGISTRATE JUDGE

17        Respectfully submitted,

18

19        Kozak & Associates, LLC.

20        By: /s/ Charles R. Kozak
        Charles R. Kozak, Esq.

21        (SBN 11179)
        3100 Mill St., Ste 115

22        Reno, NV 89502
        *Attorney for Plaintiff*

23

24

25

26

27

28

2

STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR JOINT PRETRIAL
ORDER.: 3:19-CV-00320-MMD-CBC