UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRAD RENNISON dba TAHOE HOME REPAIR SERVICES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH LAUB, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-00320-ART-CLB<br><br>JUDGE ANNE R. TRAUM'S ORDER REGARDING CIVIL BENCH TRIAL |

1. This case is scheduled for trial before the Honorable Anne R. Traum United States District Judge, at Las Vegas (or Reno), Nevada, on the trial stack commencing on **November 15, 2022, at 9:30 a.m.** This is a **3-week** stack.

2. <u>Motions in Limine</u>. Motions in limine must be filed as one consolidated motion (as opposed to numerous separate motions). Motions in limine must be fully briefed and submitted for decision seven (7) days before the trial. Motions filed after this established deadline will be considered only upon a showing of good cause. Counsel[1] are required to meet and confer on the issues raised in the motion in limine before filing the motion and must include a statement certifying compliance with this personal consultation requirement. LR 16-3(a).

3. <u>Calendar Call</u>. There will be a Master Trial Scheduling Conference approximately three weeks before trial. For each case that remains scheduled after the Master Trial Scheduling Conference, the Court will hold a Calendar

---

[1] The term "counsel" as used in this Order refers to attorneys as well as parties appearing pro se unless otherwise indicated.

Call on the Tuesday of the week preceding the trial date. Counsel for all parties and all pro se parties must via Zoom for Calendar Call. Represented parties are not required to appear for Calendar Call unless the Court directs otherwise. Counsel or pro se parties will be excused from Calendar Call if, prior to the scheduled calendar call, settlement papers have been filed. At the Calendar Call, all cases that remain to be tried will be ranked in order of trial with criminal cases taking priority over civil cases. The Court will also address the schedule of the trial and any matters relating to witnesses or exhibits, and the Court may issue rulings on any motions regarding trial, such as motions in limine. After the Calendar Call, the Court will not grant a continuance to any party absent a showing of good cause. Unless the Court otherwise directs, the cases will be tried one after the other on seventy-two (72) hours' notice from the Clerk.

      4.      Status Hearings. The Court may conduct a status conference prior to the scheduled Calendar Call. Any party who wishes to request a pretrial status conference must notify the Courtroom Administrator[2] no later than two weeks before Calendar Call. If the Court is satisfied during the status conference that the case is ready for trial, the Court may vacate the Calendar Call.

      5.      Witnesses. Counsel must immediately subpoena all witnesses for the time and trial date as listed above. Because cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact counsel's office—not the Court—for further instructions prior to appearing for trial. Witnesses are not required to be present at the Calendar Call but must appear as subpoenaed. Counsel must file their witness lists seven (7) days before the commencement of trial.

---

[2] Judge Traum's Courtroom Administrator is Katie Sutherland and can be reached at: Katie_Ogden@nvd.uscourts.gov.

2

6. <u>Exhibits</u>. Counsel must serve opposing counsel with marked trial exhibits fourteen (14) days before the first date of the trial stack. Counsel must electronically file their complete exhibit lists—containing all exhibits that are intended to be used during the trial—seven (7) calendar days before trial. Plaintiffs must use numerals 1 through 499 to number their exhibits, and defendants must use numerals 500 through 999. The exhibits are to be listed on a form provided by the Clerk's Office, and they may be computer-generated if they conform to the requirements of the form that is provided by the Clerk.[3] The Court uses the Jury Electronic Recording System ("JERS"). At least seven (7) calendar days before trial, the parties must provide the Courtroom Administrator with electronic media (e.g., CD, thumb drive, or hard drive) that contains images of all the exhibits counsel intend to use, in a format specified by the memorandum attached as exhibit 1 to this Order. Counsel should retain copies of their exhibits for use by the witness in the courtroom if needed. Counsel is encouraged to eliminate duplicate exhibits and stipulate to admissibility and authenticity of exhibits where practicable. LR 16-3(b)(8)(B).

7. <u>Marking Exhibits</u>. During preparations for trial, counsel for all parties must meet, confer, pre-mark, and exchange all trial exhibits fourteen (14) days before the first day of the trial stack.

8. <u>Evidence Display Equipment</u>. Counsel may use the Court's evidence display equipment or their own display equipment. Counsel must contact the Courtroom Administrator if they wish to use evidence display equipment, either to reserve the Court's equipment and arrange for training to use the Court's equipment or to arrange a time and date to set up counsel's equipment prior to trial.

---

[3] Exhibit list forms can be found at https://www.nvd.uscourts.gov/. If Plaintiffs have greater than 500 exhibits, Defendants may begin numbering at 1000 or 2000.

9. <u>Expedited or Daily Transcripts</u>. Any party that will require expedited or daily transcripts shall notify **Donna Prather**, **Donna_Prather@nvd.uscourts.gov**, immediately upon receipt of this order. The court reporter will provide instructions with respect to expedited or daily transcripts. Failure to timely notify the court reporter may result in an inability to provide expedited or daily transcripts.

10. <u>Trial Briefs.</u> Each party shall submit a trial brief, not to exceed 15 pages, at least 7 days prior to the commencement of trial. A trial brief is most helpful to the Court when it summarizes the party's theory of the case, identifies key evidence, and provides summary briefing on any controlling issues of law.

11. <u>Proposed Findings of Fact and Conclusions of Law.</u> At least 7 days prior to the commencement of trial, each party shall file and serve proposed findings of fact and conclusions of law. The findings of fact shall cite to deposition transcripts and items of evidence, if applicable, and set forth in simple declarative sentences, separately numbered, all factual contentions relied upon by a party in support of its claims or defenses and shall be free of pejorative language and argument. Conclusions of law shall be supported by appropriate citation to legal authority. The proposed findings of fact and conclusions of law shall also be submitted in Word format via e-mail to the Courtroom Administrator.

12. <u>Damages</u>. Plaintiff shall itemize all claimed damages, specify damages that can be calculated from objective data, and, if possible, stipulate to those damages that are not in dispute.

13. <u>Trial Schedule</u>. Trial will generally begin at 9:30 a.m. and end at 4:30 p.m. However, parties should plan to be available between 9:00 and 9:30 a.m. and after 4:30 p.m. each day of trial to address matters outside the

4

presence of the jury. This standard trial schedule may be modified for good cause; however, requests should be submitted at Calendar Call.

14. <u>Trial Judge</u>. Although the cases that are on the trial stack are assigned to Judge Traum, the cases may proceed to trial before another Nevada district judge or a visiting district judge.

15. <u>Consent to Proceed Before a Magistrate Judge</u>. Counsel and parties in civil actions are reminded of their right to consent to disposition before a United States Magistrate Judge pursuant to Title 28, Section 636(c)(2) of the United States Code. The right to proceed before a Magistrate Judge in a civil case includes those cases that will be tried before a jury as well as those cases to be tried before the Court sitting without a jury. Any appeal from a judgment in a proceeding before a Magistrate Judge must be taken directly to the United States Court of Appeals. The option to proceed before a Magistrate Judge is available to the parties at the time an action is commenced. The Court may refuse to approve a consent if it appears to be motivated by an effort to delay the proceeding.

16. <u>Post-trial Briefing</u>. The Court will require post-trial briefing on updated findings of fact and conclusions of law. The post-trial briefing should include citations to the trial transcript, items of evidence, and deposition testimony and will be due two weeks after the last transcript is filed on the docket.

17. <u>Contact Person</u>. All questions and information regarding the trial calendar are to be directed to Katie Sutherland, Courtroom Administrator.

IT IS SO ORDERED.

DATED THIS 16th Day of August 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE